# United States District Court

WESTERN DISTRICT OF WASHINGTON

LISA BRUMLEY,
                Plaintiff,

        v.

JO ANNE B BARNHART,
                Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C05-5467JKA

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

√ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Social Security Administration's final decision is AFFIRMED. This matter is DISMISSED in favor of the defendant.

December 23, 2005                  BRUCE RIFKIN
Date                                                  District Court Executive

                                                          s/Kelly A Miller
                                                          By Kelly A Miller, Deputy Clerk